# EXHIBIT E

APR 0 9 2013

1 | MAYALL HURLEY
A Professional Corporation
2 | 2453 Grand Canal Boulevard
Stockton, California 95207
3 | Telephone (209) 477-3833
Facsimile (209) 473-4818
4 | NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
5 | JOHN P. BRISCOE
CA State Bar No. 273690
6

APR – 5 2013

Filed
ROSA JUNQUEIRO, CLERK
**GRACE HEALY**

By _____
DEPUTY

7 | Attorneys for Plaintiff STANLEY REIF

8 | BENJAMIN L. WEBSTER, Bar No. 132230
BARBARA A. BLACKBURN, Bar No. 253731
9 | LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
10 | Sacramento, CA 95814
Telephone:  916.830.7200
11 | Fax No.:  916.561.0828

12 | Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF
13 | LOS ANGELES (erroneously sued as
"COCA-COLA REFRESHMENTS USA, INC.")

14

15 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

16 | COUNTY OF SAN JOAQUIN

17 | STANLEY REIF,                          Case No.: 39-2013-00293917-CU-WT-STK

18 |        Plaintiff,                      STIPULATION AND [PROPOSED]
                                           ORDER SUBSTITUTING PROPER
19 | v.                                     PARTY DEFENDANT AND DISMISSING
                                           COCA-COLA REFRESHMENTS USA,
20 | COCA-COLA REFRESHMENTS USA,            INC. WITH PREJUDICE
21 | INC., a corporation; and DOES 1-100
inclusive,
22
23 |        Defendants.

24

25 |        IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that BCI

26 | Coca-Cola Bottling Company of Los Angeles ("BCI"), rather than Coca-Cola Refreshments

27 | USA, Inc. ("CCR") is the proper corporate defendant in this action, and that BCI is hereby

28 | substituted as a party defendant in the place of CCR.  BCI further stipulates and agrees that it

**Filed by Fax**

Stipulation and [Proposed] Order Substituting Parties
Page 1 of 2
Firmwide:119077221.1 074184.1013

1   will not tender any defense or argument that it was not Plaintiff Stanley Reif's employer or that it

2   is not the proper defendant for purposes of the claims and/or damages alleged in this action. BCI

3   further stipulates and agrees that it will not claim that Plaintiff has failed to exhaust his

4   administrative remedies as to BCI based on the fact that Plaintiff named Coca-Cola

5   Refreshments USA, Inc. in his complaint(s) filed with any administrative agencies. BCI reserves

6   all other defenses and arguments, including, but not limited to, the defense that Plaintiff failed to

7   exhaust his administrative remedies based on anything else related to his administrative

8   complaint(s).

9           The parties further stipulate and agree that CCR should be dismissed from this action

10  with prejudice, with both sides to bear their own costs. The captions of all papers filed, lodged,

11  and served in this action shall reflect this substitution of parties.

12

13  Dated: March 14, 2013                         **MAYALL HURLEY P.C.**

14

15                              By _____

16                                 NICHOLAS J. SCARDIGLI
                                   JOHN P. BRISCOE

17                                 Attorneys for Plaintiff
                                   STANLEY REIF

18  Dated: March 27, 2013                         **LITTLER MENDELSON P.C.**

19

20                              By _____

21                                 BENJAMIN L. WEBSTER
                                   BARBARA BLACKBURN

22                                 Attorneys for Defendant

23                                 BCI COCA-COLA BOTTLING
                                   COMPANY OF LOS ANGELES

24                                 (erroneously sued as "COCA-COLA
                                   REFRESHMENTS USA, INC.")

25

26  **IT IS SO ORDERED:**

27  Dated:    APR - 5 2013      _____
                                            LINDA LOFTHUS

28                                 **Judge of the Superior Court**

Stipulation and [Proposed] Order Substituting Parties
Page 2 of 2
Firmwide:119077221.1 074184.1013

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 500 Capitol Mall, Suite 2000, Sacramento, California 95814. On March 27, 2013, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PROPER PARTY DEFENDANT AND DISMISSING COCA-COLA REFRESHMENTS USA, INC. WITH PREJUDICE**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.561.0828. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Sacramento, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is _____@littler.com.

Nicholas J. Scardigli
John P. Briscoe
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Blvd.
Stockton, CA 95207
Attorneys for Plaintiff
STANLEY REIF

I am readily familiar with the firm's practice of collection and processing

'TLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:118941609.1 074184.1013

1  correspondence for mailing and for shipping via overnight delivery service.  Under that practice it

2  would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,

3  deposited in an overnight delivery service pick-up box or office on the same day with postage or fees

4  thereon fully prepaid in the ordinary course of business.

5          I declare under penalty of perjury under the laws of the State of California that the

6  above is true and correct.  Executed on March 27, 2013, at Sacramento, California.

7

8

9                                                    _____
                                                     Heather Magennis

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:118941609.1 074184.1013                    2.

PROOF OF SERVICE