# EXHIBIT F

AUG 0 7 2013

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>STREET ADDRESS: 222 E Weber Avenue<br>MAILING ADDRESS: PO BOX 201022<br>CITY AND ZIP CODE: Stockton, CA 95201<br>BRANCH NAME: Stockton | FOR COURT USE ONLY<br>SAN JOAQUIN SUPERIOR COURT<br>FILED<br>ROSA JUNQUEIRO, CLERK |
|---|---|
| PLAINTIFF/ PETITIONER: Stanley Reif<br>DEFENDANT/ RESPONDENT: Coca-Cola Refreshments USA, Inc. et.al. | BY TAMMY KRANICH<br>DEPUTY |
| Reif vs. Coca-Cola Refreshments USA, Inc. | |
| In re the ☐ Conservatorship ☐ Guardianship ☐ Estate ☐ Trust of: | 08/05/2013 |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>39-2013-00293917-CU-WT-STK |

Please take notice that a Case Management Conference has been scheduled on 09/25/2013 at 08:30 AM in Department 33 of this court, located at Stockton at 222 E Weber Avenue.

CLERK OF THE COURT,

Dated: 08/05/2013    By: _Tammy L Kranich_ , Tammy L Kranich, Clerk

SJC

**NOTICE OF HEARING**

| SHORT TITLE: Reif vs. Coca-Cola Refreshments USA, Inc. | CASE NUMBER: <br> **39-2013-00293917-CU-WT-STK** |
|---|---|

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 08/05/2013.

Clerk of the Court, by: _Tammy L Kuanich_ , Deputy

BENJAMIN L WEBSTER
500 CAPITAL MALL # SUITE 2000
SACRAMENTO, CA 95814-4737

NICHOLAS J SCARDIGLI
2453 GRAND CANAL BOULEVARD
STOCKTON, CA 95207

**NOTICE OF HEARING**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Benjamin L. Webster, Bar No. 132230; Barbara A. Blackburn, Bar No. 253731<br>Littler Mendelson, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 95814<br>TELEPHONE NO.: 916-830-7200  FAX NO. (Optional): 916-561-0828<br>E-MAIL ADDRESS (Optional): bwebster@littler.com; bblackburn@littler.com<br>ATTORNEY FOR (Name): Defendant BCI Coca-Cola Bottling Co. of Los Angeles<br>(erroneously sued as Coca-Cola Refreshments USA, Inc.) | SAN JOAQUIN COUNTY<br>SUPERIOR COURT<br>**FILED by FAX** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Joaquin
STREET ADDRESS: 222 E. Weber Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton, CA 95202
BRANCH NAME: Stockton

PLAINTIFF/PETITIONER: Stanley Reif

DEFENDANT/RESPONDENT: Coca-Cola Refreshments USA, Inc.

| CASE MANAGEMENT STATEMENT<br>(Check one): ☒ UNLIMITED CASE ☐ LIMITED CASE<br>(Amount demanded (Amount demanded is $25,000<br>exceeds $25,000) or less) | CASE NUMBER:<br>39-2013-00293917-CU-WT-STK |
|---|---|

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: 09/25/13    Time: 8:30 a.m.    Dept.: 33    Div.:    Room:
Address of court (if different from the address above):

☒ Notice of Intent to Appear by Telephone, by (name): Barbara A. Blackburn

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. Party or parties (answer one):
   a. ☒ This statement is submitted by party (name): Defendant BCI Coca-Cola Bottling Co. of Los Angeles
   b. ☐ This statement is submitted jointly by parties (names):

2. Complaint and cross-complaint (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date):
   b. ☐ The cross-complaint, if any, was filed on (date):

3. Service (to be answered by plaintiffs and cross-complainants only)
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☐ have been served but have not appeared and have not been dismissed (specify names):
      (3) ☐ have had a default entered against them (specify names):
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. Description of case
   a. Type of case in ☒ complaint ☐ cross-complaint  (Describe, including causes of action):
   Plaintiff's Complaint contains the following causes of action: (1) Age Discrimination; (2) Disability Discrimination; (3) Failure to Engage in the Interactive Process; (4) Failure to Accommodate; (5) Retaliation; and (6) Failure to Prevent Discrimination and Retaliation.



Firmwide:122801970.1 074184.1013

Page 1 of 5

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011] | CASE MANAGEMENT STATEMENT | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courts.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkFlow.com

**CM-110**

| PLAINTIFF/PETITIONER: Stanley Reif | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Coca-Cola Refreshments USA, Inc. | 39-2013-00293917-CU-WT-STK |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plaintiff seeks damages for alleged age and disability discrimination and retaliation that occurred during his employment with Defendant. He is also seeking damages for Defendant's alleged failure to accommodate his disability and failure to prevent the alleged discrimination and retaliation. Defendant denies Plaintiff's allegations and denies that it is liable for any of Plaintiff's alleged damages.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☒ a jury trial. ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):* Plaintiff has requested a jury trial.

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):* The case was originally removed to the United States District Court based upon diversity jurisdiction. The case was recently remanded, and the parties have just started conducting discovery.
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
   2/19/14: 5 day jury trial; 3/5/14: 10 day vacation; 10/15/14: 10 day jury trial; 11/4/14: 5 day jury trial

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
   a. ☒ days *(specify number):* 5-7
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:        f. Fax number:
   e. E-mail address:          g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☐ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☒ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*
       The amount in controversy exceeds $50,000.

CM-110

| PLAINTIFF/PETITIONER: Stanley Reif | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Coca-Cola Refreshments USA, Inc. | 39-2013-00293917-CU-WT-STK |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☒ | ☒ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☒ | ☒ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110 [Rev. July 1, 2011]
Firmwide:122801970.1 074184.1013

**CASE MANAGEMENT STATEMENT**

Page 3 of 5


American LegalNet, Inc.
www.FormsWorkFlow.com

|  |  |
|---|---|
| PLAINTIFF/PETITIONER: Stanley Reif | **CM-110** |
| DEFENDANT/RESPONDENT: Coca-Cola Refreshments USA, Inc. | CASE NUMBER: 39-2013-00293917-CU-WT-STK |

11. **Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

12. **Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify):*
    Status:

13. **Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

14. **Bifurcation**
    ☒ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*
    Defendant may move to bifurcate liability and damages.

15. **Other motions**
    ☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
    Defendant may remove this case based upon diversity jurisdiction once it conducts further discovery on the amount in controversy. Defendant may also move for summary judgment or adjudication.

16. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendant | Plaintiff's Deposition | December 2013 |
| Defendant | Written Discovery | 30 days before trial |
| Defendant | Third Party Discovery | 30 days before trial |
| Defendant | Witness Depositions | March 2014 |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110 [Rev. July 1, 2011]
Firmwide:122801970.1 074184.1013
**CASE MANAGEMENT STATEMENT**
Page 4 of 5
American LegalNet, Inc.
www.FormsWorkFlow.com

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: Stanley Reif | CASE NUMBER: 39-2013-00293917-CU-WT-STK |
| DEFENDANT/RESPONDENT: Coca-Cola Refreshments USA, Inc. | |

17. **Economic litigation**
    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
    a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: September 10, 2013

Barbara A. Blackburn
_____           ▶ _____
(TYPE OR PRINT NAME)                       (SIGNATURE OF PARTY OR ATTORNEY)

                                         ▶ _____
_____
(TYPE OR PRINT NAME)                       (SIGNATURE OF PARTY OR ATTORNEY)
                                         ☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]                **CASE MANAGEMENT STATEMENT**                Page 5 of 5
Firmwide:122801970.1 074184.1013



SEP 1 2 2013

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>NICHOLAS J. SCARDIGLI    (Bar # 249947)<br>JOHN P. BRISCOE    (Bar # 273690)<br>Mayall Hurley P.C.<br>2453 Grand Canal Blvd<br>Stockton, CA 95207<br>TELEPHONE NO.: (209) 477-3833    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff STANLEY REIF | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 222 E. Weber Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton 95202
BRANCH NAME:

PLAINTIFF/PETITIONER: STANLEY REIF

DEFENDANT/RESPONDENT: COCA COLA REFRESHMENTS USA, INC., a corporation, et al.

| **CASE MANAGEMENT STATEMENT**<br>(Check one):  [X] **UNLIMITED CASE**     [ ] **LIMITED CASE**<br>(Amount demanded     (Amount demanded is $25,000<br>exceeds $25,000)     or less) | CASE NUMBER:<br>39-2013-00293917-CU-WT-STK |
|---|---|

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: September 25, 2013    Time: 8:30 a.m.    Dept.: 33    Div.:    Room:

Address of court *(if different from the address above)*:

[ ] Notice of Intent to Appear by Telephone, by *(name)*:

---

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [X] This statement is submitted by party *(name)*: STANLEY REIF
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: February 19, 2013
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [X] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in [X] complaint    [ ] cross-complaint    *(Describe, including causes of action)*:
   Disability discrimination, failure to accommodate, failure to engage in the interactive process, age discrimination, retaliation for taking protected medical leave, and failure to prevent discrimination and retaliation.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: STANLEY REIF | | CASE NUMBER: |
| DEFENDANT/RESPONDENT: COCA COLA REFRESHMENTS USA, INC., a corporation, et al. | | 39-2013-00293917-CU-WT-STK |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
   Plaintiff prays for general damages, special damages, attorneys' fees and costs, punitive damages, interest, and (injunctive relief including, but not limited to, an order requiring Defendants to conduct training for all employees, supervisors, and management on the requirements of FEHA, the rights and remedies of those who allege a violation of FEHA, and the employer's internal grievance procedures, for purposes of effectuating the purpose of FEHA, pursuant to Gov. Code § 12965(c)(3)).

   ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request  [X] a jury trial  ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. [X] No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
   November 2013 – Trial; April 2014 – Trial; May 2015 - Trial

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. [X] days *(specify number):* 5-7
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial  [X] by the attorney or party listed in the caption  ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:                                   f. Fax number:
   e. E-mail address:                                      g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☐ has ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not  reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) [X] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*
       The amount in controversy exceeds $50,000.

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: STANLEY REIF | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: COCA COLA REFRESHMENTS USA, INC., a corporation, et al. | 39-2013-00293917-CU-WT-STK | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | [X] | [X] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date)*:<br>[ ] Agreed to complete mediation by *(date)*:<br>[ ] Mediation completed on *(date)*: |
| (2) Settlement conference | [X] | [X] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date)*:<br>[ ] Agreed to complete settlement conference by *(date)*:<br>[ ] Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date)*:<br>[ ] Agreed to complete neutral evaluation by *(date)*:<br>[ ] Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date)*:<br>[ ] Agreed to complete judicial arbitration by *(date)*:<br>[ ] Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date)*:<br>[ ] Agreed to complete private arbitration by *(date)*:<br>[ ] Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date)*:<br>[ ] Agreed to complete ADR session by *(date)*:<br>[ ] ADR completed on *(date)*: |

**CM-110**

| PLAINTIFF/PETITIONER: STANLEY REIF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COCA COLA REFRESHMENTS USA, INC., a corporation, et al | 39-2013-00293917-CU-WT-STK |

## 11. Insurance
   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

## 12. Jurisdiction
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☐ Bankruptcy ☐ Other *(specify):*
Status:

## 13. Related cases, consolidation, and coordination
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
   ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

## 14. Bifurcation
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

## 15. Other motions
☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

## 16. Discovery
   a. ☐ The party or parties have completed all discovery.
   b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | Written Discovery | March 2014 |
| Plaintiff | Depositions | March 2014 |
| Plaintiff | Expert Discovery | Per Code |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

| | |
|---|---|
| PLAINTIFF/PETITIONER: STANLEY REIF | **CM-110** |
| DEFENDANT/RESPONDENT: COCA COLA REFRESHMENTS USA, INC., a corporation, et al. | CASE NUMBER: 39-2013-00293917-CU-WT-STK |

17. **Economic litigation**
    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
    a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: September 11, 2013

_____          ▶ _____
JOHN P. BRISCOE                                     (SIGNATURE OF PARTY OR ATTORNEY)
(TYPE OR PRINT NAME)

                                                      ▶ _____
_____                      (SIGNATURE OF PARTY OR ATTORNEY)
(TYPE OR PRINT NAME)                                ☐ Additional signatures are attached.

**PROOF OF SERVICE**

<u>Reif v. Coca-Cola Refreshments USA, Inc., et al.</u>
San Joaquin County Superior Court Case No.: 39-2013-00293917-CU-WT-STK

I am a citizen of the United States. My business address is 2453 Grand Canal Boulevard, Second Floor, Stockton, California 95207. I am employed in the County of San Joaquin. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the document(s) described as follows on the following person(s) in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

<u>**DOCUMENT(S) SERVED:**</u>

**CASE MANAGEMENT CONFERENCE STATEMENT**

<u>**NAME(S) AND ADDRESS(ES) OF PERSON(S) SERVED**</u>:

Barbara Blackburn
Littler Mendelson
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
 (916) 561-0828
<u>bblackburn@littler.com</u>

[ ] *BY FACSIMILE* Facsimile to the Facsimile telephone number(s) and at the time(s) indicated above, on the date of execution of this document, as set forth above.

[x] *BY MAIL.* I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Stockton, CA. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope(s) and placed it/them for collection and mailing on the date of execution of this document, as set forth below, following ordinary business practices.

[ ] *BY EXPRESS MAIL; Overnight Delivery*. I caused a true copy thereof to be delivered by depositing for collection on this same date, a sealed envelope addressed to the person(s) at the address(es) set forth above, into a depository box of *CALIFORNIA OVERNIGHT SERVICE* at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Served and executed at Stockton, California on September 11, 2013.

*/s/ Shannon Beckler*
SHANNON BECKLER

1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207
3  Telephone (209) 477-3833
   Facsimile (209) 473-4818
4  NICHOLAS J. SCARDIGLI
   CA State Bar No. 249947
5  JOHN P. BRISCOE
   CA State Bar No. 273690
6
   Attorneys for Plaintiff STANLEY REIF
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF SAN JOAQUIN

10 | STANLEY REIF,                         | Case No.: 39-2013-00293917-CU-WT-STK
11 |    Plaintiff,                         | NOTICE OF CONTINUED CASE
                                            MANAGEMENT CONFERENCE
12 | v.                                    |
13 |                                       |
14 | COCA-COLA REFRESHMENTS USA,           | DATE: September 25, 2013
   | INC., a corporation; and DOES 1-100   | TIME: 8:30 a.m.
15 | inclusive,                            | DEPT.: 33
16 |    Defendants.                        |

17

18     TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

19 PLEASE TAKE NOTICE on September 24, 2013, the Honorable Linda Lofthus ORDERED as

20 follows:

21     1.    Case Management Conference currently scheduled in the above-entitled Court for

22 September 25, 2013 at 8:30 a.m. has been continued to April 18, 2014 at 8:30 a.m. in

23 Department 33 of the above entitled Court located at 222 E. Weber Avenue, Stockton, California

24 95202.

25     2.    New Case Management Conference Statements are required.

26     3.    Plaintiff's counsel to give notice.

27 ///

28 ///

Notice of Continued Case Management Conference
Page 1 of 2

| | |
|---|---|
| 1  Dated: September 24, 2013 | MAYALL HURLEY P.C. |
| 2 | |
| 3 | By _____/s/ John P. Briscoe_____ |
| | NICHOLAS J. SCARDIGLI |
| 4 | JOHN P. BRISCOE |
| | Attorneys for Plaintiff |
| 5 | STANLEY REIF |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Continued Case Management Conference
Page 2 of 2

**PROOF OF SERVICE**

**Reif v. Coca-Cola Refreshments USA, Inc., et al.**
San Joaquin County Superior Court Case No.: 39-2013-00293917-CU-WT-STK

I am a citizen of the United States. My business address is 2453 Grand Canal Boulevard, Second Floor, Stockton, California 95207. I am employed in the County of San Joaquin. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the document(s) described as follows on the following person(s) in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**DOCUMENT(S) SERVED:**

**NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE**

**NAME(S) AND ADDRESS(ES) OF PERSON(S) SERVED:**

Barbara Blackburn
Littler Mendelson
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
(916) 561-0828
bblackburn@littler.com

[X] *BY FACSIMILE* Facsimile to the Facsimile telephone number(s) and at the time(s) indicated above, on the date of execution of this document, as set forth above.

[X] *BY MAIL.* I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Stockton, CA. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope(s) and placed it/them for collection and mailing on the date of execution of this document, as set forth below, following ordinary business practices.

[ ] *BY EXPRESS MAIL; Overnight Delivery.* I caused a true copy thereof to be delivered by depositing for collection on this same date, a sealed envelope addressed to the person(s) at the address(es) set forth above, into a depository box of *CALIFORNIA OVERNIGHT SERVICE* at Stockton, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Served and executed at Stockton, California on September 24, 2013.

SHANNON BECKLER