1 BENJAMIN L. WEBSTER, Bar No. 132230
BARBARA A. BLACKBURN, Bar No. 253731
2 LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
3 Sacramento, CA 95814
Telephone: 916.830.7200
4 Fax No.: 916.561.0828

5 Attorneys for Defendant
BCI COCA-COLA BOTTLING COMPANY OF
6 LOS ANGELES (erroneously sued as "COCA-
COLA REFRESHMENTS USA, INC.")
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 STANLEY REIF,                         Case No.

11         Plaintiff,                   **DECLARATION OF GLORIA K.
                                        BOWDEN IN SUPPORT OF NOTICE OF
12     v.                               REMOVAL OF CIVIL ACTION TO
                                        FEDERAL COURT**
13 COCA-COLA REFRESHMENTS USA,
INC., a corporation; and DOES 1-100    [DIVERSITY]
14 inclusive,

15         Defendants.

Firmwide:118999827.1 074184.1013

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF GLORIA K. BOWDEN ISO NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

I, Gloria K. Bowden, declare the following:

1. I am the Corporate Secretary of Defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI"). I make this declaration in support of Defendant's Notice of Removal. I have personal knowledge of the facts contained herein, unless otherwise stated, and, if called to testify, I could and would competently testify thereto.

2. I have been Corporate Secretary of BCI since October 2, 2010. I am also Corporate Secretary of BCI's parent corporations, Coca-Cola Refreshments USA, Inc. ("CCR") and The Coca-Cola Company. As Corporate Secretary, my current job duties include maintaining the books and records of BCI and CCR and overseeing their corporate governance. I am thus familiar with the operations of BCI and its parent corporation, CCR.

3. BCI is incorporated in the State of Delaware. BCI has its headquarters at 1 Coca-Cola Plaza, Atlanta, Georgia 30313. BCI also lists its "principal executive office" on its Statement of Information filed with the State of California Secretary of State as being at the same address. The offices of all but one of its corporate officers are also located in Atlanta, Georgia. These include the President and Chief Executive Officer, the Vice President and Chief Financial Officer, the Vice President and General Counsel, the Vice President of Human Resources, the Vice President and General Tax Counsel, the Vice President and Treasurer, two other Vice Presidents and three Assistant Treasurers, the Corporate Secretary, and the Corporate Assistant Secretary of BCI. All Directors of BCI are based in Atlanta.

4. Most of the following corporate-wide decisions relating to BCI operations are made from Atlanta: decisions regarding corporate policy; decisions regarding the purchase, financing, and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding BCI press releases and public affairs; decisions regarding banking relationships and cash management accounts; decisions regarding payroll (although the payroll department for BCI is located in Brandon, Florida); decisions regarding revenue management; decisions regarding safety and security policy-making; and policy decisions regarding advertising and marketing.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:118999827.1 074184.1013    2.

DECLARATION OF GLORIA K. BOWDEN ISO NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

5. CCR is also incorporated under the laws of the State of Delaware, and its corporate headquarters are located in Atlanta, Georgia. The offices are located at corporate headquarters at 1 Coca-Cola Plaza, Atlanta, Georgia 30313, and it is from that location that the officers direct, control, and coordinate the corporation's activities.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 3rd day of April, 2013, at Atlanta, Georgia.

_____
GLORIA K. BOWDEN

Firmwide:118999827.1 074184.1013

3.

DECLARATION OF GLORIA K. BOWDEN ISO NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200