1  BENJAMIN L. WEBSTER, Bar No. 132230
   BARBARA A. BLACKBURN, Bar No. 253731
2  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
3  Sacramento, CA 95814
   Telephone:  916.830.7200
4  Fax No.:    916.561.0828

5  Attorneys for Defendant
   BCI COCA-COLA BOTTLING COMPANY OF
6  LOS ANGELES (erroneously sued as "COCA-
   COLA REFRESHMENTS USA, INC.")
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 STANLEY REIF,                          Case No. 2:13-cv-00666-JAM-AC

11              Plaintiff,                **PROOF OF SERVICE**

12       v.

13 COCA-COLA REFRESHMENTS USA,
   INC., a corporation; and DOES 1-100
14 inclusive,

15              Defendants.

16

17       I am a resident of the State of California, over the age of eighteen years, and not a

18 party to the within action. My business address is 500 Capitol Mall, Suite 2000, Sacramento,

19 California 95814. On October 31, 2013, I served the within document(s):

20    • **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER
21       28 U.S.C. SECTION 1441;**

22    • **DECLARATION OF BARBARA BLACKBURN IN SUPPORT OF NOTICE
         OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT; and**
23
24    • **DECLARATION OF GLORIA K. BOWDEN IN SUPPORT OF NOTICE OF
         REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

25
26
27
28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:123926551.1 074184.1013

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | ☐ | by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.561.0828. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below. |
| | ☒ | by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Sacramento, California addressed as set forth below. |
| | ☐ | by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below. |
| | ☐ | by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below. |
| | ☐ | Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is _____@littler.com. |

John P. Briscoe
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Blvd.
Stockton, CA 95207

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on October 31, 2013, at Sacramento, California.

*/s/ Heather Magennis*
Heather Magennis

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:123926551.1 074184.1013    2.

PROOF OF SERVICE