1  **MAYALL HURLEY**
   **A Professional Corporation**
2  **2453 Grand Canal Boulevard**
   **Stockton, California 95207**
3  **Telephone (209) 477-3833**
   **Facsimile (209) 473-4818**
4  **NICHOLAS J. SCARDIGLI**
   **CA State Bar No. 249947**
5  **JOHN P. BRISCOE**
   **CA State Bar No. 273690**
6
   **Attorneys for Plaintiff STANLEY REIF**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **STANLEY REIF,** | **Case No.: 2:13-cv-02269-MCE-DAD** |

   | **Plaintiff,** | **STIPULATION AND ORDER GRANTING** |
12 | | **PLAINTIFF LEAVE TO FILE FIRST** |
   | **v.** | **AMENDED COMPLAINT** |
13

14 **COCA-COLA REFRESHMENTS USA,**
   **INC., a corporation; and DOES 1-100**
15 **inclusive,**

16       **Defendants.**

17

18

19       IT IS HEREBY STIPULATED by and between the parties hereto, through their

20 respective attorneys of record, that Plaintiff Stanley Reif shall have leave to file the attached First

21 Amended Complaint in this case.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

_____
Stipulation and Order Granting Plaintiff Leave to File First Amended Complaint
Page 1 of 3

1    **DATED:** November 7, 2013                    **MAYALL HURLEY P.C.**

2

3                                        By_____/s/ John P. Briscoe_____
                                                     NICHOLAS J. SCARDIGLI
4                                                    JOHN P. BRISCOE
                                                     Attorneys for Plaintiff,
5                                                    STANLEY REIF

6

7    **DATED:** November 7, 2013                    **LITTLER MENDELSON, P.C.**

8

9                                        By_____/s/ Barbara A. Blackburn_____    __

10                                                   BENJAMIN L. WEBSTER
                                                     BARBARA A. BLACKBURN
11                                                   Attorneys for Defendant
                                                     BCI COCA-COLA BOTTLING
12                                                   COMPANY OF LOS ANGELES

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation and Order Granting Plaintiff Leave to File First Amended Complaint
Page 2 of 3

1

2

**ORDER**

3        The above stipulation is approved.  Plaintiff Stanley Reif is directed to file HIS First

4   Amended Complaint not later than five days after this order is electronically filed.

5        IT IS SO ORDERED.

6   Dated:  November 12, 2013

7

8   _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Stipulation and Order Granting Plaintiff Leave to File First Amended Complaint
Page 3 of 3