MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
JOHN P. BRISCOE
CA State Bar No. 273690

Attorneys for Plaintiff STANLEY REIF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY REIF,<br><br>　　　Plaintiff,<br><br>v.<br><br>COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100 inclusive,<br><br>　　　Defendants. | Case No.: 2:13-cv-02269-MCE-DAD<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff Stanley Reif shall have leave to file the attached First Amended Complaint in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | **DATED:** November 7, 2013 | **MAYALL HURLEY P.C.** |
| 2 | | |
| 3 | | By  /s/ John P. Briscoe |
| 4 | | NICHOLAS J. SCARDIGLI<br>JOHN P. BRISCOE |
| 5 | | Attorneys for Plaintiff,<br>STANLEY REIF |
| 6 | | |
| 7 | **DATED:** November 7, 2013 | **LITTLER MENDELSON, P.C.** |
| 8 | | |
| 9 | | By  /s/ Barbara A. Blackburn |
| 10 | | BENJAMIN L. WEBSTER<br>BARBARA A. BLACKBURN |
| 11 | | Attorneys for Defendant<br>BCI COCA-COLA BOTTLING |
| 12 | | COMPANY OF LOS ANGELES |

## ORDER

The above stipulation is approved. Plaintiff Stanley Reif is directed to file HIS First Amended Complaint not later than five days after this order is electronically filed.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT