NICHOLAS J. SCARDIGLI, Bar No. 249947
JOHN P. BRISCOE, Bar No. 273690
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818

**Attorneys for Plaintiff STANLEY REIF**

BENJAMIN L. WEBSTER, Bar No. 132230
BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:       916.830.7200
Fax No.:          916.561.0828

Attorneys for Defendant
**BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES (erroneously sued as "COCA-COLA REFRESHMENTS USA, INC.")**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY REIF,<br><br>       Plaintiff,<br><br>v.<br><br>COCA-COLA REFRESHMENTS USA, INC., a corporation; and DOES 1-100 inclusive,<br><br>       Defendants. | Case No.: 2:13-cv-02269-MCE-DAD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |

/ / /

/ / /

/ / /

/ / /

/ / /

_____
Stipulation Request for Dismissal with Prejudice and Order
Page 1 of 2

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff STANLEY REIF and counsel for Defendants COCA-COLA REFRESHMENTS USA, INC. that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each part to bear its or his own costs and attorneys' fees.

**DATED:** April 25, 2014                              **MAYALL HURLEY P.C.**

By  /s/ *John P. Briscoe* (authorized on 4/25/14)
     NICHOLAS J. SCARDIGLI
     JOHN P. BRISCOE
     Attorneys for Plaintiff,
     STANLEY REIF

**DATED:** April 28, 2014                              **LITTLER MENDELSON, P.C.**

By  /s/ *Barbara A. Blackburn*
     BENJAMIN L. WEBSTER
     BARBARA A. BLACKBURN
     Attorneys for Defendant
     BCI COCA-COLA BOTTLING
     COMPANY OF LOS ANGELES

**ORDER**

IT IS SO ORDERED.

Dated: April 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT